UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIKAS SINGH,

      Petitioner,

    v.

TONYA ANDREWS,

      Respondent.

No.  1:26-cv-0208 DJC CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On January 26, 2026, the Court issued a minute order requiring the parties to file a joint status report.  (ECF No. 9.)  However, because petitioner proceeds pro se, the obligation to file a joint status report is vacated.

On January 26, 2026, respondent filed a response noting petitioner was released from immigration detention and is no longer in custody.  (ECF No. 10 at 1.)  Respondent submits on their previously filed motion to dismiss and do not request a hearing.  (Id.)

If petitioner believes that additional briefing is needed to decide the petition on the merits, within 21 days of the date of this order, petitioner must so inform the Court.  If petitioner does not inform the Court by this deadline that additional briefing is needed to decide the petition on the merits, the Court will interpret this as confirmation that the petition may be decided on the merits based on the record currently before the court without any additional briefing.

1

Petitioner is also advised that it is his responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

In accordance with the above, IT IS HEREBY ORDERED that:

**If petitioner believes that additional briefing is needed to decide the petition on the merits, by February 27, 2026, petitioner must so inform the Court.  If petitioner does not inform the Court by this deadline that additional briefing is needed to decide the petition on the merits, the Court will interpret this as confirmation that the petition may be decided on the merits based on the record currently before the court without any additional briefing**.

Dated:  February 9, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/sing0208.2241.imm.182f.o

2